UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert Horner Gott and Christine Paula Gott

| | |
|---|---|
| Case No.: | 16-18600 |
| Hearing Date: | 8/2/2016 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

Recommended Local Form:     ❏ Followed     ❏ Modified

## ORDER DENYING MOTION TO APPROVE REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 3, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion to approve a reaffirmation agreement having been filed on July 19              ,

20 16   by  Toyota Motor Credit  (2014 Tacoma)     for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and the Court having found that the Debtor(s)

has/have performed all steps necessary under 11 U.S.C. § 524(c) to reaffirm the proposed debt;

and the Court having been unable to make the findings under 11 U.S.C. § 524(c)(6) required to

approve the reaffirmation agreement; it is

ORDERED that the aforesaid motion is denied.

The successful party shall serve this order on the debtor, any trustee, and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-18600-KCF
Robert Horner Gott                                                        Chapter 7
Christine Paula Gott
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1              Date Rcvd: Aug 03, 2016
                               Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db/jdb        #+Robert Horner Gott,    Christine Paula Gott,    13 Barbados Drive S,    Toms River, NJ 08757-4045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
        Andrea Dobin    ecftrusteead@trenklawfirm.com,   NJ55@ecfcbis.com
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
        et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        William H. Oliver, Jr.   on behalf of Joint Debtor Christine Paula Gott bkwoliver@aol.com
        William H. Oliver, Jr.   on behalf of Debtor Robert Horner Gott bkwoliver@aol.com
                                                                                       TOTAL: 5