UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Gott, Robert Horner and         Case No.:   16-18600-KCF
         Christine Paula                 Chapter:    7
                                         Judge:      Kathryn C. Ferguson, Chief Judge

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on September 20, 2016 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
13 Barbados Drive
Toms River, NJ

Valued at $90,000.00

Liens on property:

Bank of America
$125,553.00 (plus $1,629.00 escrow deficiency)

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:    Andrea Dobin, Trustee

Address: Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                    Case No. 16-18600-KCF
Robert Horner Gott                                        Chapter 7
Christine Paula Gott
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Aug 18, 2016
                             Form ID: pdf905          Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
db/jdb         #+Robert Horner Gott,   Christine Paula Gott,    13 Barbados Drive S,    Toms River, NJ 08757-4045
cr              +Toyota Motor Credit Corporation,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
516156460       +Amex Dsnb,   Po Box 8218,   Mason, OH 45040-8218
516156464      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516156461        Berkeley Township Collector of Taxes,    627 Pinewald-Keswick Rd.,    PO Box B,
                 Bayville, NJ 08721-0287
516156462       +Berkeley Township Sewerage Authority,    255 Atlantic City Blvd.,    Bayville, NJ 08721-1296
516156463       +Bk Of Amer,   4909 Savarese Cir,   Tampa, FL 33634-2413
516156465      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516156466       +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516156467       +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
516156468       +Holiday City @Berkeley Shareowners Corp,    631 Jamaica Blvd,   Toms River, NJ 08757-4000
516156469      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516156470       +United Water Toms River,   Customer Service Center,    69 DeVoe Place,
                 Hackensack, NJ 07601-6105
516156471        Vacation Village,   PB 405947,   Atlanta, GA 30384-5947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2016 22:29:27    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2016 22:29:24    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Christine Paula Gott bkwoliver@aol.com
              William H. Oliver, Jr.    on behalf of Debtor Robert Horner Gott bkwoliver@aol.com
                                                                                             TOTAL: 5
```