Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                              Case No.: 16–18600–KCF
                              Chapter: 7
                              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Horner Gott | Christine Paula Gott |
| 13 Barbados Drive S | 13 Barbados Drive S |
| Toms River, NJ 08757 | Toms River, NJ 08757 |

Social Security No.:
  xxx–xx–2910                                     xxx–xx–0017

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 20, 2016</u>             <u>Kathryn C. Ferguson</u>
                                                    Judge, United States Bankruptcy Court